**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**R.P. SMALL CORP.**

**Plaintiff,**

**v.**

**RUCHIR A. KADAKIA,**

**Defendant.**

**and**

**RUCHIR A. KADAKIA, individually and derivatively on behalf of Tethys Trading, LLC,**

**Counterclaimant and Third-Party Plaintiff,**

**v.**

**R.P. SMALL CORP., an Illinois corporation,**

**Counterclaim Defendant,**

**and**

**JOHN E. MEYER, JR.;**
**ROBERT FINNEGAN;**
**and**
**TETHYS SUPPLY AND MARKETING, LLC;**
**TETHYS CAPITAL, LLC;**
**TETHYS TRADING, LLC;**
**TETHYS ENERGY, LLC;**
**TETHYS BIOFUELS, LLC;**
**TETHYS LATIN AMERICA, LLC;**
**TETHYS PARTNERS, LLC;**
**TETHYS DERIVATIVES, LLC; and**
**TETHYS SHIPPING, LLC,**
**each an Oklahoma limited liability company; and**
**JOHN DOES and JANE DOES 1 to 10;**

**Third-Party Defendants.**

**Case No. 19-cv-271-JED-JFJ**

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Sanford C. Coats, of the law firm of Crowe & Dunlevy, P.C. ("Movant"), pursuant to LCvR83.5, moves the Court for permission to withdraw as counsel of record for Defendant, Counterclaimant and Third-Party Plaintiff, Ruchir A. Kadakia ("Kadakia"). In support of this Motion, Movant states as follows:

1. This action was filed on May 20, 2019.

2. Movant is leaving the firm of Crowe & Dunlevy; however, representation of Kadakia will remain with the firm Crowe & Dunlevy.

3. Evan G.E. Vincent, of the firm Crowe & Dunlevy, has entered his appearance as counsel for Kadakia and will continue to represent the interests of Kadakia. As such, the withdrawal of Movant will not cause delay or prejudice to Kadakia in this proceeding.

4. For the reasons stated, Movant requests permission to withdraw as counsel of record for Kadakia in this matter.

Respectfully submitted,

s/Sanford C. Coats

Sanford C. Coats, OBA #18268
CROWE & DUNLEVY, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
sandy.coats@crowedunlevy.com

ATTORNEYS FOR DEFENDANT,
COUNTERCLAIMANT AND THIRD-PARTY
PLAINTIFF RUCHIR A. KADAKIA

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Brent Blackstock
Lacey L. Shirley
Mid-Continent Tower, Suite 500
401 South Boston Avenue
Tulsa, OK 74103

s/Sanford C. Coats