**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **1. R.P. SMALL CORP.,**<br>**Plaintiff,**<br>**v.**<br><br>**1. RUCHIR A. KADAKIA,**<br>**Defendant.**<br><br>**and**<br><br>**1. RUCHIR A. KADAKIA, individually and Derivatively on behalf of Tethys Trading,**<br><br>**Counterclaimant and Third-Party Plaintiff,**<br><br>**v.**<br><br>**2. R.P. Small Corp., an Illinois corporation**<br><br>**Counterclaim Defendant,**<br><br>**and**<br><br>**1. JOHN E. MEYER, JR.;**<br>**2. ROBERT FINNEGAN;**<br>**and**<br>**3. TETHYS SUPPLY AND MARKETING, LLC;**<br>**4. TETHYS CAPITAL, LLC;**<br>**5. TETHYS TRADING, LLC;**<br>**6. TETHYS ENERGY, LLC;**<br>**7. TETHYS BIOFUELS, LLC;**<br>**8. TETHYS LATIN AMERICA, LLC;**<br>**9. TETHYS PARTNERS, LLC;**<br>**10. TETHYS DERIVATIVES, LLC; and**<br>**11. TETHYS SHIPPING, LLC,**<br>**each an Oklahoma limited liability company;**<br>**and**<br>**12. JOHN DOES and JANE DOES 1 to 10;**<br><br>**Third-Party Defendants.** | **CASE NO. 19-CV-271-JED-JFJ**<br>**JURY TRIAL DEMANDED** |

## R.P. SMALL CORP.'S ANSWER TO DEFENDANT RUCHIR KADAKIA'S COUNTERCLAIM

Plaintiff/Counter-Defendant R.P. Small Corp. ("Plaintiff" or "RPS") submits the following Answer to Defendant/Counter-Plaintiff Ruchir Kadakia's ("Kadakia") Counterclaim. The responses in the numbered paragraphs correspond to the allegation in the paragraph with the same number in the Counterclaim. All allegations not expressly admitted are denied.

### The Parties

1. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 1 of the Counterclaim and Third-Party Complaint.

2. Admitted.

3. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 3 of the Counterclaim and Third-Party Complaint.

4. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 4 of the Counterclaim and Third-Party Complaint.

5. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 5 of the Counterclaim and Third-Party Complaint.

6. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 6 of the Counterclaim and Third-Party Complaint.

### Jurisdiction and Venue

7. With respect to the allegations in Paragraph 7, Plaintiff submits to the jurisdiction of this Court.

8. The allegations in Paragraph 8 are legal conclusions to which no reply is needed as Plaintiff submits to the jurisdiction of this Court.

9. Plaintiff admits Defendants Meyer and Finnegan are subject to the personal jurisdiction

of this Court and is without sufficient knowledge to admit or deny the remaining allegations in Paragraph 9 of the Counterclaim and Third-Party Complaint.

10. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 10 of the Counterclaim and Third-Party Complaint.

**RPS's Responses to Factual Allegations**

11. RPS denies any involvement in the scheme alleged in Paragraph 11 and is without sufficient knowledge to admit or deny the balance of the allegations in Paragraph 11.

12. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 12 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

13. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 13 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

14. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 14 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

15. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 15 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

16. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 16 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

17. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 17 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

18. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 18 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

[Defendant's Second ¶ 18]. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 18 of the Counterclaim and Third-Party Complaint. As such, Plaintiff

denies the same.

19. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 19 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

20. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 20 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

21. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 21 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

22. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 22 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

23. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 23 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

24. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 24 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

25. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 25 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

26. Plaintiff admits that it provided a $6 million loan to Tethys Trading. Plaintiff admits that Richard P. Small ("Mr. Small") is a friend and business associate of John Meyer, Jack Meyer's father, but denies Mr. Small is a friend or business associate of Jack Meyer.

27. Plaintiff admits that the $6 million loan was memorialized by a written Promissory Note dated March 27, 2014 and Security Agreement. Plaintiff cannot admit or deny that the quoted language is from the Promissory Note as the Promissory Note speaks for itself.

28. Plaintiff admits that it entered into an agreement to procure a ten (10%) membership in Tethys Trading; however, Plaintiff denies the valuation and states that, although the agreement

was entered into, Plaintiff never received a distribution, or K1 or was described as a member on any Tethys Trading tax documents. Plaintiff never received a benefit from this agreement. RPS further states that it received no compensation in the recent “sale” of Tethys Trading to Tethys Group Holdings, LLC.

29. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 29 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

30. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 30 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

31. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 31 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

32. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 32 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

33. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 33 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

34. Plaintiff denies the allegations in Paragraph 34.

35. Plaintiff denies the allegations in Paragraph 35.

36. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 36 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

37. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 37 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

38. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 38 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

39. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 39

of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

40. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 33 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

41. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 41 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

42. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 42 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

43. Plaintiff denies the allegations in Paragraph 43.

## FIRST COUNT

**RPS's Answer to Kadakia's Counterclaim of Tortious Interference with Contractual Indemnification Rights and Expectancies of Kadakia Under Written "Agreement Regarding Transfer of Membership Interests"**

44. Plaintiff realleges and reincorporates its Answers to the preceding paragraphs.

45. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 45 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

46. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 46 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

47. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 47 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

48. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 48 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

49. Plaintiff is without sufficient knowledge to admit or deny the allegations in Paragraph 49 of the Counterclaim and Third-Party Complaint. As such, Plaintiff denies the same.

50. Plaintiff denies the allegations in Paragraph 50.

51. Plaintiff denies the allegations in Paragraph 51.

52. Plaintiff denies the allegations in Paragraph 52.

53. Plaintiff denies the allegations in Paragraph 53.

54. Plaintiff denies the allegations in Paragraph 54.

As for the paragraph beginning with the word "Wherefore," Plaintiff denies that Kadakia is entitled to the relief requested.

**SECOND COUNT**
**RPS's Answer to Kadakia's Counterclaim for Civil Conspiracy**

55. Plaintiff realleges and reincorporates its Answers to the preceding paragraphs.

56. Plaintiff denies the allegations in Paragraph 56.

57. Plaintiff denies the allegations in Paragraph 57.

58. Plaintiff denies the allegation in Paragraph 58.

As for the paragraph beginning with the word "Wherefore," Plaintiff denies that Kadakia is entitled to the relief requested.

**THIRD COUNT**
**Kadakia's Third-Party Complaint Against Meyer and Finnegan and Tethys-Denominated Entities [Contractual Indemnification Under Kadakia Membership Units Purchase Agreement]**

59. Plaintiff realleges and reincorporates its Answers to the preceding paragraphs.

60. The allegations set forth in Paragraph 60 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

61. The allegations set forth in Paragraph 60 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

62. The allegations set forth in Paragraph 60 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

As for the paragraph beginning with the word, "Wherefore," Plaintiff has no response.

## FOURTH COUNT
**Kadakia's Third-Party Complaint Against Meyer and Finnegan and Tethys-Denominated Entities [Common Law Indemnification and Contribution]**

63. Plaintiff realleges and reincorporates its Answers to the preceding paragraphs.

64. The allegations set forth in Paragraph 64 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

65. The allegations set forth in Paragraph 65 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein. Plaintiff acknowledges that Defendant Kadakia, Meyers and Finnegan all executed personal guarantees to RPS.

66. The allegations set forth in Paragraph 66 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

67. The allegations set forth in Paragraph 67 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

68. Plaintiff denies the allegations in Paragraph 68.

As for the paragraph beginning with the word, "Wherefore," Plaintiff has no response.

## FIFTH COUNT
**Kadakia's Third-Party Complaint Against Meyer and Finnegan and Other Third-Party Defendants [Breach of Fiduciary Duty]**

69. Plaintiff realleges and reincorporates its Answers to the preceding paragraphs.

70. The allegations set forth in Paragraph 70 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

71. The allegations set forth in Paragraph 71 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

72. The allegations set forth in Paragraph 72 require no response from Plaintiff. If, however,

a response is indicated, Plaintiff denies all allegations therein.

73. The allegations set forth in Paragraph 73 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

74. Plaintiff denies the allegations in Paragraph 74.

As for the paragraph beginning with the word, "Wherefore," Plaintiff has no response.

**SIXTH COUNT**
**Kadakia's Third-Party Complaint Against Meyer and Finnegan and Other Third-Party Defendants**
**[Personal Liability for Causing Fraudulent Transfers in Violation of 24 O.S. §116]**

75. Plaintiff realleges and reincorporates its Answers to the preceding paragraphs.

76. The allegations set forth in Paragraph 76 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

77. The allegations set forth in Paragraph 77 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

78. The allegations set forth in Paragraph 78 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

79. The allegations set forth in Paragraph 79 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

As for the paragraph beginning with the word, "Wherefore," Plaintiff has no response.

**SEVENTH COUNT**
**Kadakia's Third-Party Complaint Against Meyer and Finnegan and Other Third-Party Defendants**
**[Derivative Claims by Kadakia on Behalf of Tethys Trading]**

80. Plaintiff realleges and reincorporates its Answers to the preceding paragraphs.

81. The allegations set forth in Paragraph 81 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

82. The allegations set forth in Paragraph 82 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

83. The allegations set forth in Paragraph 83 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

84. The allegations set forth in Paragraph 84 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

85. The allegations set forth in Paragraph 85 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

86. The allegations set forth in Paragraph 86 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

87. The allegations set forth in Paragraph 87 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

88. The allegations set forth in Paragraph 88 require no response from Plaintiff. If, however, a response is indicated, Plaintiff denies all allegations therein.

As for the paragraph beginning with the word "Wherefore," Plaintiff denies that Kadakia is entitled to the relief requested. Plaintiff puts forth the following defenses:

a. Kadakia's claims are barred by the doctrine of assumption of risk;

b. Kadakia's claims are barred by his failure to mitigate;

c. Kadakia's claims are barred by the doctrine of estoppel;

d. Kadakia fails to state valid claims for relief as against RPS, and his claims should be dismissed;

e. Kadakia's claims are barred by laches;

f. Kadakia's claims are barred by the doctrine of unclean hands;

g. Kadakia's claims are barred by his own breach of contract as a result of his breach of his personal guaranty; and

h. RPS is entitled to recover its attorney's fees against Kadakia.

WHEREFORE, Plaintiff/Counter-Defendant R.P. Small Corp. respectfully requests the Court grant judgment in its favor on all claims in its original Complaint; and deny Defendant/Counter-Plaintiff Kadakia's claims for relief; and grant to Plaintiff/Counter-Defendant R.P. Small Corp. an award of costs and attorney's fee, and such other relief as seems just.

Respectfully Submitted,

By: /s/ Lacey L. Shirley
R. Brent Blackstock, OBA No. 00839
Lacey L. Shirley, OBA No. 33269
Mid-Continent Tower, Suite 500
401 S. Boston Ave.
Tulsa, OK 74103
(918) 383-0777 (918) 699-0300 (fax)
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE BY ECF**

I hereby certify that today I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

By: /s/ Brent Blackstock
Brent Blackstock