# Exhibit A - Factual and Legal Overlap of Affirmative Defenses/Counterclaims and Third-Party Claims

| *Factual Basis for Kadakia Affirmative Defenses and Counterclaims against R.P. Small Corp.* | | *Factual Basis for Third-Party Claims against Meyer, Finnegan, and the Third Party Defendants* |
|---|---|---|
| **Category 1: Claims and defenses relating to Assignments of Interests by Third Party Defendants to Plaintiff**<br><br>**Common Core Facts and Evidence:** Meyer and Finnegan entered into a series of agreements with Plaintiff to assign financial and economic interests in return for Plaintiff's forbearance from suit against Tethys Trading on the 2014 Note and against Meyer and Finnegan on their Guarantees. The agreements are ultimately written and formalized in the 12/19/20 Agreement. | | |
| | **Objectives** | |
| Receive benefit of assignments that repay 2014 Note. | | Secure Plaintiff's forbearance while making Kadakia the principal obligor of the 2014 Note. |
| **Category 2: Claims and defenses relating to Payments and Credits to Plaintiff That Plaintiff Fails to Account For (Ex. D to Complaint)**<br><br>**Common Core Facts and Evidence:** According to Tethys Trading bankruptcy counsel, as of August 2019, more than $1.2 million paid to Plaintiff for 2014 Note. Also, incomplete production by 3P Defendants shows multiple payments to Plaintiff and as of January 2016, over $500,000 in the segregated account required by the 2014 Note. | | |
| | **Objectives** | |
| Double recovery; Failure to credit Kadakia for cash payments and other financial/economic benefits received benefits Plaintiff. | | Avoid payment of the 2014 Note, escape Guarantees, and impose all liability on Kadakia |
| **Category 3: Claims and defenses relating to transfer of cash assets of Tethys Trading to other Tethys entities in excess of $1.5 million.**<br><br>**Common Core Facts and Evidence:** In excess of $1.5 million transferred by Meyer out of Tethys Trading to one or more other Tethys Entities | | |
| | **Objectives** | |
| Plaintiff benefitted by shielding Tethys Trading cash from other creditors (including Kadakia) and enhanced the value of interests Plaintiff held in the Tethys entities that received the cash | | Transfer shielded cash from creditors and provided funding to Tethys Capital and other Tethys entities. |