Kadakia Motion for Summary Judgment
Exhibit 3

Workout Agreement

Confidential Information
Leave Requested to File Under Seal – Dkt.#70
Filed Under Seal at Dkt. #88