Kadakia Motion for Summary Judgment
Exhibit 4

Complaint [Dkt.#1) Exhibit "D" – Tethys Promissory Note
Interest Accrued Since April 2014

Exhibit D

Tethys Promissory Note
Interest Accrued since April 2014

| Date | | interest each m | Total Due by Month |
|---|---|---|---|
| | $ 6,000,000.00 | $ 50,000 | $ 6,050,000 |
| 4/1/2014 | $ 6,000,000.00 | $ 100,000 | $ 6,100,000 |
| 5/1/2014 | $ 6,000,000.00 | $ 150,000 | $ 6,150,000 |
| 6/1/2014 | $ 6,000,000.00 | $ 200,000 | $ 6,200,000 |
| 7/1/2014 | $ 6,000,000.00 | $ 250,000 | $ 6,250,000 |
| 8/1/2014 | $ 6,000,000.00 | $ 300,000 | $ 6,300,000 |
| 9/1/2014 | $ 6,000,000.00 | $ 350,000 | $ 6,350,000 |
| 10/1/2014 | $ 6,000,000.00 | $ 400,000 | $ 6,400,000 |
| 11/1/2014 | $ 6,000,000.00 | $ 450,000 | $ 6,450,000 |
| 12/1/2014 | $ 6,000,000.00 | $ 500,000 | $ 6,500,000 |
| 1/1/2015 | $ 6,000,000.00 | $ 550,000 | $ 6,550,000 |
| 2/1/2015 | $ 6,000,000.00 | $ 600,000 | $ 6,600,000 |
| 3/1/2015 | $ 6,000,000.00 | $ 650,000 | $ 6,650,000 |
| 4/1/2015 | $ 6,000,000.00 | $ 700,000 | $ 6,700,000 |
| 5/1/2015 | $ 6,000,000.00 | $ 750,000 | $ 6,750,000 |
| 6/1/2015 | $ 6,000,000.00 | $ 800,000 | $ 6,800,000 |
| 7/1/2015 | $ 6,000,000.00 | $ 850,000 | $ 6,850,000 |
| 8/1/2015 | $ 6,000,000.00 | $ 900,000 | $ 6,900,000 |
| 9/1/2015 | $ 6,000,000.00 | $ 950,000 | $ 6,950,000 |
| 10/1/2015 | $ 6,000,000.00 | $ 1,000,000 | $ 7,000,000 |
| 11/1/2015 | $ 6,000,000.00 | $ 1,050,000 | $ 7,050,000 |
| 12/1/2015 | $ 6,000,000.00 | $ 1,100,000 | $ 7,100,000 |
| 2015 tax benefit | | $ 248,000 | |
| 1/1/2016 | $ 6,000,000.00 | $ 852,000 | $ 6,852,000 |
| cash payment applied to interest | | $ 300,000 | |
| | $ 6,000,000.00 | $ 552,000 | $ 6,552,000 |
| 2/1/2016 | $ 6,000,000.00 | $ 602,000 | $ 6,602,000 |
| 3/1/2016 | $ 6,000,000.00 | $ 652,000 | $ 6,652,000 |
| 4/1/2016 | $ 6,000,000.00 | $ 702,000 | $ 6,702,000 |
| 5/1/2016 | $ 6,000,000.00 | $ 752,000 | $ 6,752,000 |
| 6/1/2016 | $ 6,000,000.00 | $ 802,000 | $ 6,802,000 |
| 7/1/2016 | $ 6,000,000.00 | $ 852,000 | $ 6,852,000 |
| 8/1/2016 | $ 6,000,000.00 | $ 902,000 | $ 6,902,000 |
| 9/1/2016 | $ 6,000,000.00 | $ 952,000 | $ 6,952,000 |
| 10/1/2016 | $ 6,000,000.00 | $ 1,002,000 | $ 7,002,000 |
| 11/1/2016 | $ 6,000,000.00 | $ 1,052,000 | $ 7,052,000 |
| 12/1/2016 | $ 6,000,000.00 | $ 1,102,000 | $ 7,102,000 |
| 1/1/2017 | $ 6,000,000.00 | $ 1,152,000 | $ 7,152,000 |
| 2/1/2017 | $ 6,000,000.00 | $ 1,202,000 | $ 7,202,000 |
| 3/1/2017 | $ 6,000,000.00 | $ 1,252,000 | $ 7,252,000 |
| 4/1/2017 | $ 6,000,000.00 | $ 1,302,000 | $ 7,302,000 |
| 5/1/2017 | $ 6,000,000.00 | $ 1,352,000 | $ 7,352,000 |
| 6/1/2017 | $ 6,000,000.00 | $ 1,402,000 | $ 7,402,000 |
| 7/1/2017 | $ 6,000,000.00 | $ 1,452,000 | $ 7,452,000 |
| 8/1/2017 | $ 6,000,000.00 | $ 1,502,000 | $ 7,502,000 |
| 9/1/2017 | $ 6,000,000.00 | $ 1,552,000 | $ 7,552,000 |
| 10/1/2017 | $ 6,000,000.00 | $ 1,602,000 | $ 7,602,000 |
| 11/1/2017 | $ 6,000,000.00 | $ 1,652,000 | $ 7,652,000 |
| 12/1/2017 | $ 6,000,000.00 | $ 1,702,000 | $ 7,702,000 |
| 1/1/2018 | $ 6,000,000.00 | $ 1,752,000 | $ 7,752,000 |
| 2/1/2018 | $ 6,000,000.00 | $ 1,802,000 | $ 7,802,000 |
| 3/1/2018 | $ 6,000,000.00 | $ 1,852,000 | $ 7,852,000 |
| 4/1/2018 | $ 6,000,000.00 | $ 1,902,000 | $ 7,902,000 |
| 5/1/2018 | $ 6,000,000.00 | $ 1,952,000 | $ 7,952,000 |
| 6/1/2018 | $ 6,000,000.00 | $ 2,002,000 | $ 8,002,000 |
| 7/1/2018 | $ 6,000,000.00 | $ 2,052,000 | $ 8,052,000 |
| 8/1/2018 | $ 6,000,000.00 | $ 2,102,000 | $ 8,102,000 |
| 9/1/2018 | $ 6,000,000.00 | $ 2,152,000 | $ 8,152,000 |
| 10/1/2018 | $ 6,000,000.00 | $ 2,202,000 | $ 8,202,000 |
| 11/1/2018 | $ 6,000,000.00 | $ 2,252,000 | $ 8,252,000 |
| 12/1/2018 | $ 6,000,000.00 | $ 2,302,000 | $ 8,302,000 |
| 1/1/2019 | $ 6,000,000.00 | $ 2,352,000 | $ 8,352,000 |
| 2/1/2019 | $ 6,000,000.00 | $ 2,402,000 | $ 8,402,000 |
| 3/1/2019 | $ 6,000,000.00 | $ 2,452,000 | $ 8,452,000 |
| 4/1/2019 | $ 6,000,000.00 | $ 2,502,000 | $ 8,502,000 |
| total interest due | | $ 2,502,000 | |
| total balance due | | | $ 8,502,000 |