IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RP Small Corp | Plaintiff(s), | |
| vs. | | Case No.: 19-CV-271-JFH-JFJ |
| Ruchir A Kadakia | Defendant(s). | |

**AMENDED SCHEDULING ORDER**

The agreed motion (dkt #103) to extend scheduling deadlines is granted.

| # | Date | Description |
|---|---|---|
| 1. | Closed | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO PLEADINGS (Filed of Record) |
| 2. | Closed | EXCHANGE OF PRELIMINARY WITNESS LISTS AND PROPOSED EXHIBITS (Not Filed of Record) |
| 3. | 8/25/2020 | DISPOSITIVE MOTIONS CUTOFF Responses and Replies Per Local Rule (Filed of Record) |
| 4. | 8/31/2020 | DISCOVERY CUTOFF – Discovery Requests Must be Served 30 Days in Advance of this Date |
| 5a. | 7/19/2020 | EXPERT IDENTIFICATION AND REPORTS under Federal Rules Civil Procedure 26(a)(2) (Not Filed of Record) |
| 5b. | 8/6/2020 | REBUTTAL EXPERT IDENTIFICATION AND REPORTS (Not Filed of Record) |
| **6.** | X | **SETTLEMENT CONFERENCE REQUESTED AFTER** |
| 7a. | 10/8/2020 | MOTIONS IN LIMINE and DAUBERT MOTIONS CUTOFF (Attorney Meeting to Confer to Resolve Evidentiary Issues Required before Filing) |
| 7b. | 10/22/2020 | RESPONSES TO MOTIONS IN LIMINE and DAUBERT MOTIONS |
| 7c. | 10/29/2020 | REPLIES TO MOTIONS IN LIMINE and DAUBERT MOTIONS |
| 8a. | 9/30/2020 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (Filed of Record with Deponent Name, Page, and Line Designations) |
| 8b. | 10/7/2020 | COUNTER-DESIGNATIONS (Filed of Record with Deponent Name, Page, and Line Designations) |
| 8c. | 10/14/2020 | EXCHANGE OF PRE-MARKED EXHIBITS (Not Filed of Record) |
| 8d. | 10/21/2020 | OBJECTIONS TO DESIGNATIONS (Attorney Meeting to Confer to Resolve Objections Required before Filing. Filed Without Transcript) |
| 8e. | 10/21/2020 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS (Submit in Hard Copy to Court) |
| 9. | 10/21/2020 | PRETRIAL DISCLOSURES - (Under Federal Rule Civil Procedure 26(a)(3) (Filed of Record) |
| 10. | 11/16/2020 | AGREED PROPOSED PRETRIAL ORDER - Attorney Conference to Include Agreed Joint Statement of the Case, Stipulations and Final Witness and Exhibit Lists (Submitted Through CM/ECF Proposed Order Intake Box) |
| **11.** | 11/23/20 | **PRETRIAL CONFERENCE at 11:00 am** |
| 12. | 12/3/2020 | TRIAL BRIEFS, REQUESTED JURY INSTRUCTIONS and VOIR DIRE (Filed of Record) |
| 13. | 12/3/2020 | EXCHANGE OF DEMONSTRATIVE EXHIBITS |
| **14.** | **12/14/2020** | **TRIAL DATE: [x] JURY at 9:30 a.m.** |
| 15. | 8 days | ESTIMATED TRIAL TIME |

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF OKLAHOMA