# EXHIBIT 1

## [FILED UNDER SEAL]

# EXHIBIT 2

## [FILED UNDER SEAL]

# EXHIBIT 3

# [FILED UNDER SEAL]

# EXHIBIT 4

# [FILED UNDER SEAL]

# EXHIBIT 5

## [FILED UNDER SEAL]