# EXHIBIT 7

# [FILED UNDER SEAL]

# EXHIBIT 8

# [FILED UNDER SEAL]