# EXHIBIT 9

HUNTON ANDREWS KURTH

HUNTON ANDREWS KURTH LLP
600 TRAVIS, SUITE 4200
HOUSTON, TEXAS 77002-2929

TEL 713 • 220 • 4200
FAX 713 • 220 • 4285

NEIL D. KELLY
DIRECT DIAL: 713-220-4198
EMAIL: neilkelly@HuntonAK.com

June 4, 2020

**VIA EMAIL**

R. Brent Blackstock
Lacey L. Shirley
Mid-Continent Tower, Suite 500
401 South Boston Avenue
Tulsa, OK 74103

R. Richard Love III
Madison Mosier
4000 One Williams Center
Tulsa, OK 74172

Re: *R.P. Small Corp. v. Ruchir A. Kadakia*, In the United States District Court for the Northern District of Oklahoma, Case No. 19-CV-271-CVE-JFJ

Counsel:

I write to address highly relevant and critical documents that Plaintiff R.P. Small Corp. and Third-Party Defendants John E. Meyer, Jr., Robert Finnegan, and the various Tethys entities have not produced. Below are the categories of documents that Defendant Ruchir Kadakia requests that you produce these documents by June 15, 2020, which is more than enough time to gather the documents and produce them.

If you contend that any category of the requested documents are not subject to production, I request that you inform me of your position by June 11, 2020, and I welcome any conversation about your or your clients' positions before then. That deadline is intentionally shorter than the production of the documents to allow time for counsel to confer if there are any disputes before seeking remedies from the court.

1. Any documents or responses Plaintiffs obtained as a result of its subpoenas to third parties in this lawsuit.

2. The bank statements of each of the Tethys entities referenced below are directly relevant to multiple issues in the case, including, for example, the calculation of the interest rate due on the 2014 Promissory Note, which varied whether funds were in -a segregated account or used in connection with Tethys Trading's business, and a complete analysis of Exhibit "D" to the Complaint and transactions that would be a credit against alleged principal and interest obligations, as well as Kadakia's claims for tortious interference and conspiracy.

   a. Incomplete production – for each, provide all bank statements through May 2020:

      Tethys Trading, LLC
      Operating Account May 2014 to January 2016 provided to date
      RP Small Account May 2014 to January 2016 provided to date
      VAM Joint Control May 2014 to January 2016 provided to date

      Tethys Capital, LLC
      August 2014 to January 2016 provided to date

      Tethys Latin America, LLC
      August 2014 to January 2016 provided to date

   b. No bank records produced – for each, provide all bank statements from the inception of the account to May 2020:

      Tethys Group Holdings, LLC
      Tethys Supply and Marketing, LLC
      Tethys Energy, LLC
      Tethys Biofuels, LLC
      Tethys Partners, LLC
      Tethys Derivatives, LLC
      Tethys Shipping, LLC

      Tethys Capital segregated account referenced in TTLLC-138664 that received $1,000,000 on or about July 23, 2015.

      Tethys entity bank account statements from any Morgan Stanley bank account.

3. Tax returns, including all schedules K-1 and other schedules, for RP Small Corp. (or R.P. Small personally, to the extent that the tax benefits arising from capital

loss assignments were applied to his personal income tax return), Tethys Trading, LLC, Tethys Capital, LLC, and any other entity in which RP Small Corp or Small, directly or indirectly, has or had any equity or other interest.

4. Documents concerning the "swaps" referenced in the September 24, 2016 email by Norma Small to Jack Meyer (*see* Kadakia 001069) and referenced in Mr. Small's email identifying missing interest payments for "swap" transactions (*see* Small 000024).

5. Documents evidencing the loan or loans by the Bank of Oklahoma to RP Small Corp (or its affiliates, including Mr. Small individually or his trust), the proceeds of which were used in whole or part by RP Small Corp to loan money to Tethys Trading, LLC.

6. RP Small Corp.'s financial statements, including income statements and balance sheets since March 2014 that refer to any Tethys entity.

7. Any financial disclosures by (or relating to) RP Small Corp. that refer to

   a. any interest held in any Tethys entity or potential future interest in any Tethys entity;

   b. the 2014 Promissory Note;

   c. the $4 million loan/advance by Small Corp. to Tethys Trading, LLC ($4 Million Loan); or

   d. any actual or potential capitalization or debt funding with respect to Tethys Trading or any other Tethys entity.

8. All documents referring or relating to the $4 Million Loan, the payment thereof, and any principal or interest due with respect to it.

9. Financial statements, including income statements and balance sheets for all of the Tethys entities.

10. In native format, the general ledger for Tethys Trading, LLC for all years.

11. Any financial disclosures, representations and warranties, covenants, etc. concerning the assets and liabilities of Tethys Trading LLC, including any disclosures, representations and warranties, covenants, and similar statements made to persons in connection with any contract, loan, or credit agreement.

June 4, 2020
Page 4

12. Any financial projections, analysis or valuations regarding the current and/or future value of the "Tethys Company Distributions" and "Tethys Supply Bonus Pool" as referenced in paragraphs 1 and 2, respectively, of the Workout Agreement.

13. Documents referenced in various emails:

    a. Small 000022

       February 22, 2016 correspondence
       March 21, 2016 correspondence

    b. Small 000024

       Attachment: JackMeyerEmailMarch 2016.pdf

14. Documents listed on Plaintiff's privilege log

    a. Communications that include third parties, which renders any privilege not applicable, and communications that suggest that there are attachments that are not privileged and were not produced (if produced, please reference the document number), including the following:

| | | | | | |
|---|---|---|---|---|---|
| Richard Small | 'Jack Meyer'; 'Brent Blackstock' | | RE: VAM/Carlyle guarantee ex | 2/19/2014 | PrivilegeLog |
| Richard Small | 'Brent Blackstock' | 'Jack Meyer' | interest in Tethys Trading LLC | 3/10/2016 | PrivilegeLog |
| Richard Small | 'Richard Small'; 'Brent Blacks | 'Jack Meyer' | RE: interest in Tethys Trading L | 3/16/2016 | PrivilegeLog |
| Richard Small | 'Jack Meyer' | 'Brent Blackstock' | RE: agreement | 11/30/2016 | PrivilegeLog |
| Richard Small | 'Jack Meyer' | 'Norma Small' | RE: workout agreement | 1/26/2017 | PrivilegeLog |
| Richard Small | Jack Meyer; Brent Blackstock | | trip to Nashville | 1/27/2017 | PrivilegeLog |
| Richard Small | Brent Blackstock | | FW: Tethys rading Tax returns | 2/8/2017 | PrivilegeLog |
| Norma Small | 'Brent Blackstock' | | RE: Tethys - Email to Sam Bratt | 4/5/2017 | PrivilegeLog |
| Norma Small | Dan Epstein; Fred Reynolds; | Brent Blackstock; Teresa Hendrickson | New Ownership Percentages | 4/17/2017 | PrivilegeLog |
| Richard Small | Jack Meyer | | Loan Modification Agreement: | 8/29/2017 | PrivilegeLog |
| Richard Small | Brent Blackstock | Richard Small | loan mod agreement | 4/30/2018 | PrivilegeLog |
| David Laughrey | brent@brentblackstock.com | lacey@brentblackstock.com | RE: Tethys:: loan mod agreeme | 5/3/2018 | PrivilegeLog |

b. Communications with David Laughrey, of which there are multiple, inlcuding the following:

| | | | | | |
|---|---|---|---|---|---|
| David Laughrey | lacey@brentblackstock.com | 'Cathleen Day'; 'Brent Blackstock' | RE: Tethys | 8/24/2018 | PrivilegeLog |
| David Laughrey | brent@brentblackstock.com | | Updates | 9/23/2019 | PrivilegeLog |

c. Original email not privileged or attachment not privileged, including the following

| | | | | |
|---|---|---|---|---|
| Richard Small | 'Brent Blackstock' | RE: Jack Meyer Balance Sheet | 11/30/2015 | PrivilegeLog |
| Lee Swarthout | Brent Blackstock <brent@brentblackstock.com> (brent@brentblac | Tethys abandonment notificati | 6/23/2016 | PrivilegeLog |

Kadakia reserves his rights and other arguments concerning any deficiencies in the discovery responses and document productions by Plaintiff and Third-Party Defendants.

Please call or email if you have any question.

Sincerely,

/s/

Neil D. Kelly

Cc: Evan Vincent (by email)