# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

R.P. Small Corp.,
Plaintiff(s),

vs.

Ruchir A Kadakia, et al.,
Defendant(s).

Case Number: 19-cv-00271-JFH-JFJ
Proceeding: Motion Hearing
Date: 8-21-2020
Court Time: 10:00 a.m.

**MINUTE SHEET**

Jodi F. Jayne, U.S. Magistrate Judge S. Cope, Deputy Clerk C1, Reporter

Counsel for Plaintiff: Lacey Lynn Shirley, Roger Brent Blackstock

Counsel for Defendant: John David Russell

Counsel for Third Party Defendants: R. Richard Love, III

Minutes: Telephone conference held on Third Party Defendant's Motion to Quash Two Additional Document Subpoenas Issued to Plaintiff by Non-Parties Transmarket Holdings, LLC and Tethys Group Holdings, LLC. (ECF No. 121). Arguments heard. Motion to Quash (ECF No. 121) is denied as stated in the hearing.

Court Time: 10:05 a.m. - 10:40 am.