**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

RP Small Corp,

Plaintiff,

vs.

Ruchir Kadakia,

Defendant.

Case No.: 19-CV-271-JFH

Proceeding: Scheduling Conf
Date: 8/27/2020
Time: 9:30 am

**MINUTE SHEET**

Counsel for Plaintiff: Lacey Shirley

Counsel for Defendant: John Russell, Richard Love

Minutes: Case called for scheduling conference.

Scheduling discussed. Court sets motion hearing for 9/24/20 at 9:30 am on pending motions. After ruling on motions, Court will enter Scheduling Order, if appropriate.

Court Time
9:10-9:20