**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **R.P. SMALL CORP.,**<br>**Plaintiff,**<br>**v.**<br><br>**RUCHIR A. KADAKIA,**<br>**Defendant**<br><br>**and**<br><br>**RUCHIR A. KADAKIA, individually and on behalf of Tethys Trading,**<br>**Counterclaimant and Third-Party Plaintiff,**<br><br>**v.**<br><br>**R.P. SMALL CORP.,**<br>**Counterclaim Defendant,**<br><br>**and**<br><br>**JOHN E. MEYER, JR.; et al.,**<br>**Third-Party Defendants.** | ) | **CASE NO. 19-CV-271-JFH-JFJ** |

**PLAINTIFF R.P. SMALL CORP.'S MOTION TO AMEND RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff R.P. Small Corp. ("RPS" or "Plaintiff"), for its Motion to Amend its Response to Defendant Ruchir A. Kadakia's ("Defendant" or "Kadakia") Motion for Summary Judgment (Dkt. 96) states as follows:

1. On May 19, 2020, Defendant filed its Motion and Supporting Brief for Summary Judgment. (Dkt. 90).
2. On June 9, 2020, Plaintiff filed its Response to Defendant's Motion for Summary Judgment. (Dkt. 96).
3. On June 23, 2020, Defendant filed his Reply to Plaintiff's Response to Defendant's Motion

for Summary Judgment (Dkt. 104).

4. On August 27, 2020, this Court set a hearing on all pending motions.
5. No rulings have been made on above listed pending motions.
6. On or about September 1, 2020, the parties to the December 19, 2019 Workout Agreement ("Workout Agreement") amended the Workout Agreement.
7. For this reason, Plaintiff respectfully requests leave from this Court to amend its Response to Defendant's Motion for Summary Judgment to include a copy of the amended Workout Agreement as an exhibit.

WHEREFORE, Plaintiff moves this Court for leave to amend its response to Defendant's Motion for Summary Judgment and such other relief as may be just.

Respectfully submitted,

By: /s/ Lacey L. Shirley
R. Brent Blackstock, OBA No. 00839
Lacey L. Shirley, OBA No. 33269
Mid-Continent Tower, Suite 500
401 S. Boston Ave.
Tulsa, OK 74103
(918) 383-0777, (918) 699-0325 (fax)
Brent@BrentBlackstock.com
lacey@brentblackstock.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE BY ECF**

I hereby certify that today I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to counsel of record.

By: /s/ Lacey L. Shirley
Lacey L. Shirley