**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

R P Small Corp,

Plaintiff,

vs.

Ruchir Kadakia,

Defendant.

Case No.: 19-CV-271-JFH-JFJ

Proceeding: Motion Hearing
Date: 9/24/2020
Time: 9:30 a.m.

**MINUTE SHEET**

John F. Heil III, U.S. District Judge    P. Lynn, Deputy Clerk    Ken Sidwell, Reporter

Counsel for Plaintiff: Brent Blackstock, Lacey Shirley

Counsel for Defendant: John Russell, Rich Love

Minutes:

Case called for hearing on pending motions. Argument heard. Motions taken under advisement.

67 MOTION for Leave to File Amended Counterclaim
68 MOTION to Reconsider
75 MOTION to Dismiss Defendant Kadakia's Verified Amended Counterclaim and Third-Party Complaint
79 MOTION to Dismiss for Failure to State a Claim
90 MOTION for Summary Judgment
122 MOTION for Summary Judgment
136 MOTION to Amend

Court Time

9:20-10:50