**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **R.P. SMALL CORP.,**<br>**Plaintiff,**<br>**v.**<br><br>**RUCHIR A. KADAKIA,**<br>**Defendant**<br><br>**and**<br><br>**RUCHIR A. KADAKIA, individually and on behalf of Tethys Trading,**<br>**Counterclaimant and Third-Party Plaintiff,**<br><br>**v.**<br><br>**R.P. SMALL CORP.,**<br>**Counterclaim Defendant,**<br><br>**and**<br><br>**JOHN E. MEYER, JR.; et al.,**<br>**Third-Party Defendants.** | ) | **CASE NO. 19-CV-271-JFH-JFJ** |

**PLAINTIFF R.P. SMALL CORP.'S REPLY TO DEFENDANT RUCHIR A. KADAKIA'S RESPONSE TO PLAINTIFF'S OPPOSED MOTION REQUESTING A STATUS/ SCHEDULING CONFERENCE AND NEW SCHEDULING ORDER**

**COMES NOW**, Plaintiff R.P. Small Corp. ("RPS" or "Plaintiff") pursuant to local court rules for the Northern District of Oklahoma **LCvR7** and replies to Defendant's Response to Plaintiff's motion for a Status/ Scheduling conference. In its Reply to Defendant's Response Plaintiff would advise the Court that it acknowledges the challenges the Court faces and understands the demands placed on the Court. Plaintiff understands the reasons for the delays herein, although it seeks a remedy to move the case forward.

Contrary to Defendant's assertion, a new Scheduling Order is not premature, as the previous scheduling conference occurred close to three (3) years ago and there is no current scheduling order in place. A new Scheduling Order will help progress the case, giving the Court and the parties new dates to resolve this matter. While Plaintiff acknowledges the General Order on January 27, 2022 is in effect, Plaintiff contends that there are extraordinary circumstances present in this case. The owner and president of R.P. Small Corp., Richard P. Small, recently passed away and other members of the company are advanced in age. Thus, the longer this matter is delayed important members and witnesses of the company may not be available. A Rule 16 conference will expedite the disposition of this action, prevent the case from being further protracted, and discourage wasteful activities. *See* Fed. R. Civ. P. 16 (a).

As previously stated, there are several motions before the Court: Defendant's Motion for Leave to File Amended Counterclaim (Dkt. #67), Defendant's Motion to Reconsider (Dkt. #68), Motion to Dismiss Defendant's Verified Amended Counterclaim and Third-Party Complaint (Dkt. #75), Plaintiff's Motion to Dismiss for Failure to State a Claim (Dkt. #79), Defendant's Motion for Summary Judgment (Dkt. #90), Plaintiff's Motion for Summary Judgment (Dkt. #122), and Plaintiff's Motion to Amend (Dkt. #136). However, establishing a new Scheduling Order will not alter or diminish the Court's ability to rule on these pending motions. Instead, a new Scheduling Order will ensure the case moves forward and continues before the Court.

In an attempt to advance the case Plaintiff contacted Defendant about a magistrate judge hearing this case. Defendant's counsel objected to a magistrate judge presiding over the case.

RPS believes that a status/scheduling conference and new scheduling order with the Court would help move this case forward and closer to rulings on the pending motions and ultimately a resolution of the remaining claims in this matter. Therefore, Plaintiff, RPS,

respectfully requests that the Court set a status/scheduling conference in this matter for a new Scheduling Order to ensure that this case progresses towards a conclusion.

Respectfully submitted,

*/s/ R. Brent Blackstock*
R. Brent Blackstock, OBA No. 00839
Kelsey M. Harrison, OBA No. 34392
**Brent Blackstock, PLC**
Mid-Continent Tower, Suite 500
401 South Boston Ave.
Tulsa, OK 74103
(918) 383-0777, (918) 699-0325 (fax)
Brent@BrentBlackstock.com
Kelsey@BrentBlackstock.com

**ATTORNEYS FOR PLAINTIFF / COUNTER DEFENDANT R.P. SMALL CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

John D Russell – jrussell@gablelaw.com
Philip D Hixon – phixon@gablelaw.com
Adam Doverspike – adoverspike@gablelaw.com

**Counsel for Defendant, Third-Party Plaintiff,**
**Counter Claimant and Counter Defendant**
Ruchir A. Kadakia

R. Richard Love III – rlove@cwlaw.com
Madison Mosier – mmosier@cwlaw.com
Austin Birnie – abirnie@cwlaw.com

**Counsel for Third-Party Defendants**
John E. Meyer, Jr.; Robert Finnegan;
Tethys Supply and Marketing, LLC;
Tethys Capital, LLC; Tethys Energy, LLC;
Tethys Biofuels, LLC; Tethys Latin America, LLC;
Tethys Derivatives, LLC; and Tethys Shipping, LLC;
*and*
**Counsel for Third-Party Defendants / Counter Claimants**
Tethys Trading, LLC; and Tethys Partners, LLC

*/s/ R. Brent Blackstock*
R. Brent Blackstock