IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) R.P. SMALL CORP.

Plaintiff,

v.

(1) RUCHIR A. KADAKIA,

Defendant,

And

(1) RUCHIR A. KADAKIA, individually and Derivatively on behalf of Tethys Trading, LLC,

Counterclaimant and
Third-Party Plaintiff,

v.

(2) R.P. SMALL CORP., an Illinois Corporation,

Counterclaim Defendant,

And

(1) JOHN E. MEYER, JR.;
(2) ROBERT FINNEGAN;
And
(3) TETHYS TRADING, LLC;
(4) TETHYS CAPITAL, LLC;
(5) TETHYS ENERGY, LLC;
(6) TETHYS BIOFUELS, LLC;
(7) TETHYS LATIN AMERICA, LLC;
(8) TETHYS PARTNERS, LLC; and
(9) TETHYS DERIVATIVES, LLC; each an Oklahoma limited liability company,

Third-Party Defendants.

Case No. 19-cv-271-JFH-JFJ

**ENTRY OF APPEARANCE**

The undersigned hereby enters their appearance as legal counsel for Third-Party Defendant, Robert Finnegan. I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully Submitted,

MITCHELL BONDS, PLLC

s/Brian L. Mitchell
Brian L. Mitchell, OBA No. 19529
Daniel R. Wilson, OBA No. 32284
203 East Hobson Avenue
Sapulpa, Oklahoma 74066
Telephone: (918) 248-2268
Facsimile: (918) 248-2290
Email: bmitchell@mitchellbonds.com
dwilson@mitchellbonds.com
**COUNSEL FOR THIRD-PARTY DEFENDANT ROBERT FINNEGAN**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

R. Brent Blackstock, brent@brentblackstock.com
Kelsey M. Harrison, kelsey@brentblackstock.com
**Counsel for Plaintiff/Counter Defendant**
**R.P. Small Corp.**

John D. Russell, jrussell@gablelaw.com
Philip D. Hixon, phixon@gablelaw.com
Adam Doverspike, adoverspike@gablelaw.com
**Counsel for Defendant, Third-Party Plaintiff,**
**Counter Claimant and Counter Defendant**
**Ruchir A. Kadakia**

R. Richard Love, III, rlove@cwlaw.com
Madison Mosier, mmosier@cwlaw.com
C. Austin Birnie, abirnie@cwlaw.com
**Counsel for Third-Party Defendants**
**John E. Meyer, Jr.; Tethys Supply and Marketing, LLC;**
**Tethys Capital, LLC; Tethys Energy, LLC;**
**Tethys Biofuels, LLC; Tethys Latin America, LLC;**
**Tethys Derivatives, LLC; and Tethys Shipping, LLC**
**And**
**Counsel for Third-Party Defendants/Counterclaimants**
**Tethys Trading, LLC; and Tethys Partners, LLC**

s/Brian L. Mitchell
Brian L. Mitchell