IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **R.P. SMALL CORP.**<br>Plaintiff,<br>v.<br>**RUCHIR A. KADAKIA**,<br>Defendant.<br>and<br>**RUCHIR A. KADAKIA**,<br>Counterclaimant<br>and Third-Party Plaintiff,<br>v.<br>**R.P. SMALL CORP.**,<br>an Illinois corporation,<br>Counterclaim Defendant,<br>and<br>**JOHN E. MEYER, JR.**, et al.;<br>Third-Party Defendants. | Case No. 19-CV-271-JFH-JFJ |

## MOTION TO WITHDRAW

John D. Russell, Counsel for Defendant, Third-Party Plaintiff, Counter Claimant and Counter Defendant, Ruchir A. Kadakia, moves for the entry of an Order allowing his withdrawal as attorney for Ruchir A. Kadakia. In support of this motion, counsel states as follows:

1. Ruchir A. Kadakia is currently represented by John D. Russell, Philip D. Hixon, and Adam C. Doverspike of GableGotwals.

2. On 19 December 2023, John D. Russell received a commission to serve as United States District Court Judge in the Northern District of Oklahoma.

3. Ruchir A. Kadakia shall continue to be represented by Philip D. Hixon and Adam C. Doverspike of GableGotwals.

4. A proposed Order allowing the withdrawal of John D. Russell is submitted with this motion.

DATED: 21 December 2023

Respectfully submitted,

*/s/ John D. Russell*

John D. Russell, OBA No. 13343
GableGotwals
110 North Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120-1495
(918) 595-4800
*jrussell@gablelaw.com*

Counsel for Defendant,
Third-Party Plaintiff,
Counter Claimant and
Counter Defendant,
Ruchir A. Kadakia

## CERTIFICATE OF SERVICE

I hereby certify that on 21 December 2023, I electronically transmitted the foregoing to the Clerk of Court using the ECF System for filing.

Roger B. Blackstock - *brent@brentblackstock.com*
Kelsey M. Harrison – *kelsey@brentblackstock.com*

COUNSEL FOR PLAINTIFF/COUNTER DEFENDANT
R.P. SMALL CORP.

Austin Birnie - *abirnie@cwlaw.com*
Madison Mosier - *mmosier@cwlaw.com*
R. Richard Love - *rlove@cwlaw.com*

COUNSEL FOR THIRD-PARTY DEFENDANTS
JOHN E. MYER; JR.; TETHYS SUPPLY AND MARKETING, LLC;
TETHYS CAPITAL, LLC; TETHYS ENERGY, LLC;
TETHYS BIOFUELS, LLC; TETHYS LATIN AMERICA, LLC;
TETHYS DERIVATIVES, LLC; and TETHYS SHIPPING, LLC;

*and*

COUNSEL FOR THIRD PARTY DEFENDANTS/COUNTER CLAIMANTS
TETHYS TRADING, LLC; and TETHYS PARTNERS, LLC

Brian L. Mitchell – *bmitchell@mitchellbonds.com*
Daniel R. Wilson – *dwilson@mitchellbonds.com*

COUNSEL FOR THIRD-PARTY DEFENDANT
ROBERT FINNEGAN

*/s/ John D. Russell*
John D. Russell



4863-4468-4183, v. 1