**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTICT OF OKLAHOMA**

(1) R.P. SMALL CORP.

Plaintiff,

v.

(1) RUCHIR A. KADAKIA,

Defendant,

And

(1) RUCHIR A. KADAKIA, individually and derivatively on behalf of Tethys Trading, LLC,

Counterclaimant and
Third-Party Plaintiff,

v.

(2) R.P. SMALL CORP., an Illinois Corporation,

Counterclaim Defendant,

And

(1) JOHN E. MEYER, JR.; et al.,

Third-Party Defendants.

Case No. 19-cv-271-CVE-JFJ

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
**FOR THIRD-PARTY DEFENDANT ROBERT FINNEGAN**

R. Richard Love, III and C. Austin Birnie ("Movants"), pursuant to LCvR83.5, move this court for permission to withdraw as counsel of record for Third-Party Defendant Robert Finnegan ("Finnegan"). In support of this motion, Movants state as follows:

1. Finnegan has retained new counsel, each of which has entered an appearance as counsel of record in this action for Finnegan, namely attorneys Brian L. Mitchell and

Daniel R. Wilson [ECF No. 150] and Maria Luckert [ECF No. 153] of the firm Mitchell Bonds, PLLC.

2. As Finnegan is represented by new counsel, Movants' withdrawal will not cause delay or prejudice to Finnegan or any of the parties in this proceeding.

3. Finnegan consents to the withdrawal of Movants as his counsel of record in the instant action.

4. Movants will remain as counsel of record for John E. Meyer, Jr. and Tethys Trading, LLC.

WHEREFORE, Movants, R. Richard Love, III, and C. Austin Birnie, request permission to withdraw as counsel of record for Third-Party Defendant Robert Finnegan in this matter.

Respectfully Submitted,

**CONNER & WINTERS, LLP**

s/ C. Austin Birnie
R. Richard Love, III, OBA #14770
C. Austin Birnie, OBA #31942
4100 First Place Tower
15 East Fifth Street
Tulsa, Oklahoma 74103
(918) 586-5711
rlove@cwlaw.com
abirnie@cwlaw.com

***Counsel for Third Party Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of January, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Brent Blackstock, brent@brentblackstock.com
Kelsey M. Harrison, kelsey@brentblackstock.com
Philip D. Hixon, phixon@gablelaw.com
Adam Doverspike, adoverspike@gablelaw.com
Brian L. Mitchell, bmitchell@mitchellbonds.com
Daniel R. Wilson, dwilson@mitchellbonds.com
Maria A. Luckert, mluckert@mitchellbonds.com

s/ C. Austin Birnie
C. Austin Birnie