**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTICT OF OKLAHOMA**

(1) R.P. SMALL CORP.

Plaintiff,

v.

(1) RUCHIR A. KADAKIA,

Defendant,

And

(1) RUCHIR A. KADAKIA, individually and derivatively on behalf of Tethys Trading, LLC,

Counterclaimant and
Third-Party Plaintiff,

v.

(2) R.P. SMALL CORP., an Illinois Corporation,

Counterclaim Defendant,

And

(1) JOHN E. MEYER, JR.; et al.,

Third-Party Defendants.

Case No. 19-cv-271-CVE-JFJ

## MOTION TO WITHDRAW AS COUNSEL

C. Austin Birnie of Conner & Winters, LLP ("Movant"), pursuant to LCvR 83.5, respectfully moves the Court for permission to withdraw as counsel of record for Third-Party Defendants John E. Meyer, Jr. ("Meyer") and Tethys Trading, LLC ("Tethys"). In support of this Motion, Movant states as follows:

1. This Motion to Withdraw is made on the grounds that C. Austin Birnie is leaving the law firm of Conner & Winters, LLP.

2. R. Richard Love, III of Conner & Winters, LLP will continue to represent Meyer and Tethys in this case. Accordingly, Movant's withdrawal will not cause delay or prejudice to Meyer, Tethys, or any of the parties to this proceeding.

3. Meyer and Tethys consent to the withdrawal of Movant as counsel of record in the instant action.

WHEREFORE, Movant C. Austin Birnie requests permission to withdraw as counsel of record for Third-Party Defendants John E. Meyer, Jr. and Tethys Trading, LLC.

Respectfully Submitted,

**CONNER & WINTERS, LLP**

s/ C. Austin Birnie
R. Richard Love, III, OBA #14770
C. Austin Birnie, OBA #31942
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711
rlove@cwlaw.com
abirnie@cwlaw.com

***Counsel for Third Party Defendants, John E. Meyer, Jr. and Tethys Trading, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Brent Blackstock, brent@brentblackstock.com
Lacey Shirley, lacey@brentblackstock.com
Neil Kelly, neilkelly@huntonak.com
Evan G. E. Vincent, evan.vincent@crowedunlevy.com

s/ C. Austin Birnie
C. Austin Birnie