**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**R.P. SMALL CORP.,**

**Plaintiff,**

**v.**

**RUCHER A. KADAKIA,**

**Defendant**

**and**

**RUCHER A. KADAKIA,**

**Counterclaimant and Third-Party Plaintiff**

**v.**

**R.P. SMALL CORP.,**

**Counterclaim Defendant,**

**and**

**John E. Meyer, Jr. et al,**

**Third-Party Defendants**

**Case No. 19-CV-271-SEH-JFJ**

**ORDER**

Before the Court is plaintiff R.P. Small Corp.'s Opposed Motion Requesting a Status/Scheduling Conference and New Scheduling Order [ECF No. 147]. Plaintiff's Motion is **GRANTED IN PART AND DENIED IN PART,** as stated herein.

The Court **GRANTS** Plaintiff's request for a status and scheduling conference. This case is hereby set for a status and scheduling conference on May 23, 2024 at 9:00 a.m. in Courtroom 3,

fourth floor, at the Page Belcher Federal Building, 333 West Fourth Street, Tulsa, OK 74103. All counsel of record shall appear in person for the status and scheduling conference. Requests to be excused from appearing in person must be made by written application to the Court. Counsel must be prepared to discuss all matters relating to this case including, but not limited to, the following topics:

1. Overall case status;
2. Discovery status; and
3. Interest in a judicial settlement conference and/or some other form of alternative dispute resolution.

The Court **DENIES** Plaintiff's request to enter a new scheduling order. Pursuant to Fed. R. Civ. P. 16(b)(2), the Court finds good cause to delay entry of a scheduling order because there are several pending dispositive motions. The Court may revisit this issue during the status and scheduling conference.

**IT IS SO ORDERED** this 5th day of April, 2024.

Sara E. Hill

Sara E. Hill
UNITED STATES DISTRICT JUDGE