# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

1. R.P. Small Corp.,

Plaintiff(s)

vs.

Case Number: 19-cv-271-JED-JFJ

1. Ruchir A. Kadakia, et al.

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

John E. Meyer, Jr.; Tethys Supply and Marketing, LLC; Tethys Capital, LLC; Tethys Trading, LLC; Tethys Energy, LLC; Tethys Biofuels, LLC; Tethys Latin America, LLC; Tethys Partners, LLC; Tethys Derivatives, LLC; and Tethys Shipping, LLC

May 22, 2024
Date

/s/ McKayla Hendrix
Signature

Type of Appointment: ☐ Retained ☐ CJA ☐ FPD ☐ Pro Bono ☐ Pro Se

McKayla Hendrix
Print Name

Conner & Winters, LLP
Firm Name

4100 First Place Tower
Mailing Address

34679
Oklahoma State Bar Number (If Applicable)

Tulsa — OK — 74103
City — State — Zip Code

mhendrix@cwlaw.com
e-mail address

(918) 586-8589
Phone Number — Fax Number

# Certificate of Service

I hereby certify that on 05/22/2024 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

R. Brent Blackstock, brent@brentblackstock.com
Kelsey M. Harrison, kelsey@brentblackstock.com
Philip D. Hixon, phixon@gablelaw.com
Adam Doverspike, adoverspike@gablelaw.com
Brian L. Mitchell, bmitchell@mitchellbonds.com
Daniel R. Wilson, dwilson@mitchellbonds.com
Maria A. Luckert, mluckert@mitchellbonds.com

I hereby certify that ________________ (Date), I served the same document by:

☐ U.S. Postal Service ☐ In Person Delivery

☐ Courier Service ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ McKayla Hendrix
Signature