# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

1. R.P. Small Corp.,

Plaintiff(s)

vs. Case Number: 19-cv-271-JED-JFJ

1. Ruchir A. Kadakia, et al.

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

R.P. Small Corp.

May 23, 2024
Date

/s/ Jourdan Johnson
Signature

Type of Appointment: ☐ Retained ☐ CJA ☐ FPD ☐ Pro Bono ☐ Pro Se

Jourdan Johnson
Print Name

Brent Blackstock PLC
Firm Name

401 S. Boston Ave Ste 500
Mailing Address

34387
Oklahoma State Bar Number (If Applicable)

Tulsa OK 74103
City State Zip Code

jourdan@brentblackstock.com
e-mail address

(918) 383-0777
Phone Number Fax Number

## Certificate of Service

I hereby certify that on 05/23/2024 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Philip D. Hixon, phixon@gablelaw.com
Adam Doverspike, adoverspike@gablelaw.com
Brian L. Mitchell, bmitchell@mitchellbonds.com
Daniel R. Wilson, dwilson@mitchellbonds.com
Maria A. Luckert, mluckert@mitchellbonds.com
Madison Mosier, Mmosier@cwlaw.com

I hereby certify that ________________ (Date), I served the same document by:

☐ U.S. Postal Service ☐ In Person Delivery

☐ Courier Service ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Jourdan Johnson
Signature