**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| R.P. Small Corp.,<br><br>Plaintiff,<br><br>vs.<br><br>Ruchir A Kadakia,<br><br>Defendant. | Case No.: 19-cv-00271-SEH-JFJ<br><br>Proceeding: Scheduling Conference<br>Date: 5/23/2024<br>Time: 9:00 a.m. - 9:25 a.m.<br><br>**MINUTE SHEET – SCHEDULING CONF.** |

Sara E. Hill, U.S. District Judge A. Gifford, Deputy Clerk Sean Gumm, Reporter

| | |
|---|---|
| Counsel for Plaintiff: | Jourdan Johnson |
| Counsel for Defendant: | Adam Doverspike, Philip Hixon, Brian Mitchell, Rick Love, McKayla Hendrix |
| Minutes: | Case called for scheduling conference. Parties address the status of the case and pending dispositive motions. Parties discuss a possible settlement conference after the ruling on dispositive motions. |