**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) R.P. SMALL CORP.<br><br>Plaintiff,<br><br>(1) RUCHIR A. KADAKIA,<br><br>Defendant,<br><br>And<br><br>(1) RUCHIR A. KADAKIA, individually and derivatively on behalf of Tethys Trading, LLC,<br><br>Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>(2) R.P. SMALL CORP.,<br><br>Counterclaim Defendant,<br><br>And<br><br>(1) JOHN E. MEYER, JR; et. al.<br><br>Third-Party Defendants. | Case No. 19-cv-271-SHE-JFJ |

**MOTION TO WITHDRAW AS COUNSEL**

Maria A. Luckert ("Movant"), formerly of Mitchell Legal PLLC (formerly Mitchell Bonds PLLC), pursuant to Local Gen. Rule 4-4, respectfully moves the Court for permission to withdraw as counsel of record for Third-Party Defendant Robert Finnegan ("Finnegan"). This Motion is made because Maria A. Luckert is no longer with the firm Mitchell Legal PLLC. Brian Mitchell of Mitchell Legal PLLC will continue to represent Finnegan. Accordingly, Movant's withdrawal

will not cause delay or prejudice to any party in this case. Maria A. Luckert respectfully requests this Court to enter an order approving her withdrawal as counsel for Finnegan.

Respectfully submitted,

s/ Maria A. Luckert
Maria A. Luckert, OBA #32823
931 W E Street
Jenks, OK 74037
maria.a.luckert@gmail.com
***Counsel for Third-Party Defendant Robert Finnegan***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. Notice of Electronic Filing will therefore be sent to all counsel of record.

s/ Maria A. Luckert
Maria A. Luckert, OBA #32823