# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

R.P. Small Corp.,

Plaintiff(s)

vs.

Case Number: 19-cv-271-SEH-SH

Ruchir A. Kadakia, et al.,

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Third-Party Defendants, John E. Meyer, Jr.; Tethys Supply and Marketing, LLC; Tethys Capital, LLC; Tethys Trading, LLC; Tethys Energy, LLC; Tethys Biofuels, LLC; Tethys Latin America, LLC; Tethys Partners, LLC; Tethys Derivatives, LLC; and Tethys Shipping, LLC

April 3, 2026
Date

/s/Ryan A. Ray
Signature

Type of Appointment: ☑ Retained ☐ CJA ☐ FPD ☐ Pro Bono ☐ Pro Se

Ryan A. Ray
Print Name

Norman Wohlgemuth, LLP
Firm Name

401 S. Boston Ave., Suite 3200 Mid-Continent Tower
Mailing Address

Tulsa — City; OK — State; 74103 — Zip Code

22281
Oklahoma State Bar Number (If Applicable)

RRay@NWLawOK.com
e-mail address

(918) 583-7571
Phone Number

(918) 584-7846
Fax Number

## Certificate of Service

I hereby certify that on 04/03/2026 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

R. Brent Blackstock, brent@brentblackstock.com
Kelsey M. Harrison, kelsey@brentblackstock.com
Jourdan Johnson, jourdanj.law@gmail.com
Philip D. Hixon, phixon@gablelaw.com
Adam Doverspike, adoverspike@gablelaw.com
Brian L. Mitchell, bmitchell@mitchellbonds.com
Daniel R. Wilson, dwilson@mitchellbonds.com
R. Richard Love, III, rlove@cwlaw.com
McKayla Hendrix, mhendrix@cwlaw.com

I hereby certify that ________________ (Date), I served the same document by:

☐ U.S. Postal Service ☐ In Person Delivery

☐ Courier Service ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/Ryan A. Ray
Signature