**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTICT OF OKLAHOMA**

(1) R.P. SMALL CORP.

Plaintiff,

v.

(1) RUCHIR A. KADAKIA,

Defendant,

And

(1) RUCHIR A. KADAKIA, individually and derivatively on behalf of Tethys Trading, LLC,

Counterclaimant and Third-Party Plaintiff,

v.

(2) R.P. SMALL CORP., an Illinois Corporation,

Counterclaim Defendant,

And

(1) JOHN E. MEYER, JR.;
(2) ROBERT FINNEGAN; and (3) TETHYS SUPPLY AND MARKETING, LLC, *et al.*;

Third-Party Defendants.

---

(1) JT HODGSON CAPITAL, LLC, a Delaware limited liability company, as assignee of Reinhold Fussle,

Proposed Intervenor-Counterclaimant and Third-Party Plaintiff.

---

Case No. 19-cv-271-CVE-JFJ

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THIRD-PARTY DEFENDANTS

R. Richard Love, III and McKayla Hendrix, pursuant to LGnR4-4, hereby request leave of this court to withdraw as counsel of record for Third-Party Defendants, John E. Meyer, Jr.; Tethys Supply and Marketing, LLC; Tethys Capital, LLC; Tethys Trading, LLC; Tethys Energy, LLC; Tethys Biofuels, LLC; Tethys Latin America, LLC; Tethys Partners, LLC; Tethys Derivatives, LLC; and Tethys Shipping, LLC (collectively, "Defendants"), and in support thereof state as follows:

1. On October 10, 2019, R. Richard Love, III entered his appearance on behalf of Defendants. Dkt. No. 18.

2. On May 22, 2024, McKayla Hendrix entered her appearance on behalf of Defendants. Dkt. No. 160.

3. On April 3, 2026, Ryan A. Ray of Norman Wohlgemuth, LLP entered his appearance on behalf of Defendants. Dkt. No. 168.

4. R. Richard Love, III and McKayla Hendrix request leave of Court to withdraw as counsel for Defendants. Ryan R. Ray will continue to represent Defendants in this matter.

5. Defendants have been notified of and do not object to the relief requested in this Motion.

R. Richard Love, III and McKayla Hendrix respectfully request the Court enter an Order approving their withdrawal as counsel for Defendants.

Respectfully submitted,

/s/ R. Richard Love, III

R. Richard Love, III, OBA #14770
McKayla Hendrix, OBA #34679
4100 First Place Tower
15 E. 5th Street
Tulsa, Oklahoma 74103
(918) 586-5711
rlove@cwlaw.com
mhendrix@cwlaw.com

***Counsel for John E. Meyer, Jr. Tethys Capital, LLC; Tethys Trading, LLC; Tethys Energy, LLC; Tethys Biofuels, LLC; Tethys Latin America, LLC; Tethys Partners, LLC; and Tethys Derivatives, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. Accordingly, the Clerk of the Court will transmit a Notice of Electronic Filing to all counsel of record.

/s/ R. Richard Love III
R. Richard Love, III