OFFICE OF THE SECRETARY OF STATE

STATE OF OKLAHOMA

# CERTIFICATE OF AUTHORITY

***WHEREAS,*** **R.P. SMALL CORP.**

*incorporated under the laws of the State of* **ILLINOIS** *has filed in the office of the Secretary of State duly authenticated evidence of its incorporation and an application for Certificate of Authority to transact business in this State, as provided by the laws of the State of Oklahoma.*

***NOW THEREFORE, I****, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this Certificate of Authority authorizing said Corporation to transact business in this state.*

***IN TESTIMONY WHEREOF, I*** *hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*

*Filed in the city of Oklahoma City this 13th day of July, 2026.*

Benjamin Lepak

***Secretary of State***