**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

R.P. Small Corp.,

Plaintiff,

vs.

Ruchir A Kadakia,

Defendant.

Case No.: 19-cv-00271-SEH-SH
Proceeding: Omnibus Motion Hearing
Date: 8/24/2026
Time: 9:13 a.m. – 9:48 a.m.; 9:57 a.m. – 10:13 a.m.; 10:35 a.m. – 11:23 a.m.

**MINUTE SHEET**

Sara E. Hill, U.S. District Judge    L. Lewis, Deputy Clerk    Winston Brown, Reporter

Counsel for R.P. Small Corp.: Roger Brent Blackstock, Cheryl Minnix Thigpen, Jourdan Johnson
Counsel for Ruchir A Kadakia: Adam C Doverspike, Philip D Hixon
Counsel for all other Third-Party Defendants: Ryan A. Ray
Counsel for Robert Finnegan: Brian Lee Mitchell

Minutes: Case called for omnibus motion hearing;

Arguments heard regarding: (1) Motions to Dismiss Counterclaims for Failure to State a Claim [ECF Nos. 75 & 79], (2) Defendant's Motion for Summary Judgment [ECF No. 90], (3) R.P. Small Corp.'s Motion for Summary Judgment [ECF No. 122], and (4) Kadakia's Motion for Judgement on the Pleadings Against Plaintiff R.P. Small Corp. [ECF No. 173];

Findings made, Kadakia's Motion for Leave to File Amended Counterclaim [ECF No. 67] was deemed moot; Kadakia's Motion for Reconsideration of the Court's 4/2/2020 Opinion and Order at ECF 65 [ECF No. 68] was denied; The Parties' Motion to Dismiss Counterclaims for Failure to State a Claim [ECF No. 75 & 79] as to counts 1, 4 and 5 was denied and granted as to counts 2 and 3; Defendant's Motion for Summary Judgment [ECF No. 90], and (3) R.P. Small Corp.'s Motion for Summary Judgment [ECF No. 122] were both denied; Plaintiff's Motion to Amend Response to Defendant's Motion for Summary Judgment [ECF No. 136] was deemed moot;

Separate order to be entered regarding Kadakia's Motion for Judgement on the Pleadings Against Plaintiff R.P. Small Corp. [ECF No. 173].

The parties advise ETT is one week. The Court set this matter for jury trial on 2/8/27. The parties advised this matter to be set for a judicial settlement conference. Scheduling order to be entered.