**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| R.P. Small Corp., Plaintiff, | Case No.: 19-cv-00271-SEH-SH |
| vs. | Proceeding: Omnibus Motion Hearing |
| | Date: 8/24/2026 |
| | Time: 9:13 a.m. – 9:48 a.m.; 9:57 a.m. – 10:13 a.m.; 10:35 a.m. – 11:23 a.m. |
| Ruchir A Kadakia, Defendant. | **MINUTE SHEET** |

Sara E. Hill, U.S. District Judge — L. Lewis, Deputy Clerk — Winston Brown, Reporter

| | |
|---|---|
| Counsel for R.P. Small Corp.: | Roger Brent Blackstock, Cheryl Minnix Thigpen, Jourdan Johnson |
| Counsel for Ruchir A Kadakia: | Adam C Doverspike, Philip D Hixon |
| Counsel for all other Third-Party Defendants: | Ryan A. Ray |
| Counsel for Robert Finnegan: | Brian Lee Mitchell |

Minutes:

Case called for omnibus motion hearing;

Arguments heard regarding: (1) Motions to Dismiss Counterclaims for Failure to State a Claim [ECF Nos. 75 & 79], (2) Defendant's Motion for Summary Judgment [ECF No. 90], (3) R.P. Small Corp.'s Motion for Summary Judgment [ECF No. 122], and (4) Kadakia's Motion for Judgement on the Pleadings Against Plaintiff R.P. Small Corp. [ECF No. 173];

Findings made, Kadakia's Motion for Leave to File Amended Counterclaim [ECF No. 67] was deemed moot; Kadakia's Motion for Reconsideration of the Court's 4/2/2020 Opinion and Order at ECF 65 [ECF No. 68] was denied; The Parties' Motion to Dismiss Counterclaims for Failure to State a Claim [ECF No. 75 & 79] as to counts 1, 4 and 5 was denied and granted as to counts 2 and 3; Defendant's Motion for Summary Judgment [ECF No. 90], and (3) R.P. Small Corp.'s Motion for Summary Judgment [ECF No. 122] were both denied; Plaintiff's Motion to Amend Response to Defendant's Motion for Summary Judgment [ECF No. 136] was deemed moot;

Separate order to be entered regarding Kadakia's Motion for Judgement on the Pleadings Against Plaintiff R.P. Small Corp. [ECF No. 173].

The parties advise ETT is one week. The Court set this matter for jury trial on 2/8/27. The parties advised this matter to be set for a judicial settlement conference. Scheduling order to be entered.