**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

R.P. Small Corp. ,
Plaintiff(s),

vs.

Ruchir A Kadakia ,
Defendant(s).

Case No.: 19-cv-00271-SEH-SH

## SCHEDULING ORDER

| | | |
|---|---|---|
| 1. | x | INITIAL DISCLOSURE Under Federal Rule Civil Procedure 26(a)(1) (Not Filed of Record) |
| 2. | x | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO COMPLAINT (Filed of Record) |
| 3. | x | PLAINTIFF'S EXPERT IDENTIFICATION AND REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 4. | x | DEFENDANT'S EXPERT IDENTIFICATION AND REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 5. | **x** | DISCOVERY CUTOFF - Interrogatories and Rule 34 Requests Must Be Made 30 Days in Advance of This Date |
| 6. | x | EXCHANGE OF PRELIMINARY WITNESS LISTS AND PROPOSED EXHIBITS (Not Filed of Record) |
| 7. | x | DISPOSITIVE/DAUBERT MOTIONS CUTOFF - Responses and Replies Per Local Rule (Filed of Record) |
| **8.** | **X** | **SETTLEMENT CONFERENCE TO BE SET BY THE COURT** |
| 9. | 10/2/2026 | MOTIONS IN LIMINE CUTOFF - Responses and Replies Per Local Rule (Attorney Meeting to Resolve Evidentiary Issues Required Before Filing) |
| 10. | 10/9/2026 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (Pleading Filed with Deponent Name, Page, and Line Designations) * |
| 11. | 10/23/2026 | COUNTER-DESIGNATIONS (Pleading Filed with Deponent Name, Page, and Line Designations) * |
| 12. | 10/30/2026 | EXCHANGE OF PRE-MARKED EXHIBITS (Not Filed of Record) |
| 13. | 10/30/2026 | PRETRIAL DISCLOSURE Under Federal Rule Civil Procedure 26(a)(3) (Filed of Record) |
| 14. | 11/4/2026 | OBJECTIONS TO DESIGNATIONS (Attorney Meeting to Resolve Objections Required Before Pleading Without Transcript Filed) * |
| 15. | 11/4/2026 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS (Submit in Hard Copy to Court) * |
| 16. | 11/25/2026 | AGREED PROPOSED PRETRIAL ORDER - Include Agreed Joint Statement of the Case and Final Witness and Exhibit Lists in the Agreed PTO (Submit Through CM/ECF Proposed Order Intake Box) |
| 17. | 11/25/2026 | FINAL WITNESS AND EXHIBIT LIST (Filed of Record) |
| **18.** | **12/17/2026** | **PRETRIAL CONFERENCE at 9:15 a.m.** |
| 19. | 1/4/2027 | REQUESTED JURY INSTRUCTIONS, TRIAL BRIEFS, and VOIR DIRE (Filed of Record) |
| 20. | N/A | PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW (Filed of Record) |
| 21. | 1/4/2027 | EXCHANGE OF DEMONSTRATIVE EXHIBITS |
| **22.** | **2/8/2027** | **TRIAL DATE: [x] JURY at 8:45 a.m.** |
| 23. | 1 week | ESTIMATED TRIAL TIME |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled.

This Order is entered this 25th day of August, 2026.

Sara Hill

Sara E. Hill, U.S. District Judge